USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BELL SEMICONDUCTOR, LLC,                            :
                                                    :
                                                    :
                            Plaintiff,              :
                    -against-                       :           22-CV-9260 (VEC)
                                                    :
ASMEDIA TECHNOLOGY, INC.,                           :           ORDER
                                                    :
                                                    :
                            Defendant.              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 23, 2023, Defendant moved to file redacted versions of its memorandum of law and declaration in support of its motion to dismiss and indicated that Plaintiff stated "it was reviewing" the proposed redactions, *see* Dkt. 25;

WHEREAS on January 24, 2023, the Court ordered Plaintiff to file any response to Defendant's request not later than January 25, 2023, *see* Dkt. 28;

WHEREAS to date, Plaintiff has not responded to Defendant's request; and

WHEREAS courts in this District "have consistently found that confidential commercial information of a business—including confidential research, internal business documents and information about a business's operations are the proper subject of sealing[,]" *Rodo Inc. v. Guimaraes*, No. 22-CV-9736, 2022 WL 17742392, at *1 (S.D.N.Y. Dec. 5, 2022) (collecting cases);

IT IS HEREBY ORDERED that Defendant's request is granted. Defendant's memorandum and declaration in support of its motion to dismiss may therefore remain redacted.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Dkt. 25.

**SO ORDERED.**

Date: January 27, 2023
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**