USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BELL SEMICONDUCTOR, LLC,      :
     :
     :
              Plaintiff,    :
       -against-      :       22-CV-9260 (VEC)
     :
ASMEDIA TECHNOLOGY, INC.,      :       <u>ORDER</u>
     :
     :
              Defendant.   :

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 28, 2022, Plaintiff commenced this action, *see* Compl., Dkt. 1;

WHEREAS on January 23, 2023, Defendant moved to dismiss the Complaint, *see* Dkt. 25;

WHEREAS on February 13, 2023, the Court ordered Plaintiff to either respond to Defendant's motion or show cause why this case should not be dismissed for failure to prosecute not later than February 15, 2023; and

WHEREAS on February 13, 2023, Plaintiff filed an Amended Complaint, *see* Am. Compl., Dkt. 32;

IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED as moot and Plaintiff need not otherwise respond to the Court's Order to Show Cause. The Clerk of Court is respectfully directed to close the open motion at Dkt. 24.

**SO ORDERED.**

Date: **February 14, 2023**
     **New York, New York**
                            **VALERIE CAPRONI**
                         **United States District Judge**